Return Date: July 14, 2009
at 9:30 a.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
In re:                                    Chapter 13

    STEVEN SELIGMAN                    Case No.:  08-75786-ast
    and SANDY SELIGMAN,
                                           NOTICE OF MOTION

                    Debtors.
---------------------------------X

    PLEASE TAKE NOTICE that upon the annexed application of the debtors, by their counsel JEFF MORGENSTERN, PLLC, a motion will be made before the Honorable Alan Trust at the U. S. Bankruptcy Court, 290 Federal Plaza, Central Islip, New York on July 14, 2009 at 9:30 a.m. for an Order pursuant to 11 U.S.C. 105(a) and 11 U.S.C. 302(b), authorizing the above-captioned case to be severed, establishing a separate Chapter 7 case for Sandy Seligman upon her filing a Notice of Conversion, and such other and further relief as the Court deems just and proper.

Dated:   Carle Place, New York
           June 18, 2009

                                    JEFF MORGENSTERN, PLLC
                                    Attorney for Debtors
                                    One Old Country Road, Suite 320
                                    Carle Place, New York  11514
                                    (516) 739-5908

                                    _____
                                    JEFF MORGENSTERN (JM-4163)

TO:   MARIANNE DeROSA               U. S. TRUSTEE
      Chapter 13 Trustee                 560 Federal Plaza
      100 Jericho Quadrangle          Central Islip, NY  11722
      Jericho, NY  11753

-2-

CHASE BANK USA, N.A.
c/o Creditors Bankruptcy Service
P. O. Box 740933
Dallas, TX  75374-09033

BMW
c/o Vital Recovery Services, Inc.
P. O. Box 923747
Norcross, GA  30010-3747

Countrywide Home Loans
c/o Frankel, Lambert, Weiss et al
20 West Main Street
Bay Shore, NY  11706-8304

DELL PREFERRED ACCOUNT
Payment Processing Center
P. O. Box 6403
Carol Stream, IL  60197-6403

DISCOVER
P. O. Box 15251
Wilmington, DE  19886-5251

FDS BANK/MACY*S
TSYS Debt Management, Inc.
P. O. Box 137
Columbus, GA  31902-0137

FORD MOTOR CREDIT
Focus Receivables Management LLC
P. O. Box 725069
Atlanta, GA  31139-2069

OHS RN & AUDIOLOGY
    SERVICES, PLLC
c/o Cuthbert Road Management, LLC
P. O. Box 1353
Voorhees, NJ  08043

KOHL'S PAYMENT CENTER
P. O. Box 2983
Milwaukee, WI  53201-2983

AMERICAN EXPRESS
    CENTURION BANK
c/o Becket and Lee LLP
P. O. Box 3001
Malvern, PA  19355-0701

CAPITAL ONE BANK (USA), N
P. O. Box 70884
Charolette, NC  28272-0884

DELL FINANCIAL SERVICES, LLC
c/o Resurgent Capital Services
P. O. Box 10390
Greenville, SC  29603-0309

DEPARTMENT STORES
    NATIONAL BANK/MACY*S
TSYS Dept. Management, Inc.
P. O. Box 137
Columbus, GA  31902-0137

eCAST SETTLEMENT CORPORATION
    ASSIGNEE OF CAPITAL ONE BANK
P. O. Box 35480
Newark, NJ  07193-5480

FIRST USA
c/o Academy Collection Service, Inc.
    P. O. Box 21089    15851310
Philadelphia,  PA  19114-0589

GE MONEY BANK
P. O. Box 960061
Orlando, FL  32896-0061

M & T BANK
c/o Schiller & Knapp
Suite 310
950 New Loudon Road
Latham, NY  12110

WASHINGTON MUTUAL
Line Of Credit Payments
P. O. Box 6868
Lake Worth, FL  33466-6868

Seligman,S&S\NoticeOfMotion - 5-20-09

Return Date: July 14, 2009
at 9:30 a.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
In re:                                             Chapter 13

    STEVEN SELIGMAN                           Case No.: 08-75786-ast
    and SANDY SELIGMAN,
                                                   APPLICATION
                        Debtors.
--------------------------------X

       The application of the debtors STEVEN SELIGMAN and SANDY SELIGMAN, by their counsel JEFF MORGENSTERN, PLLC represents as follows:

       1.    The debtors filed a joint Chapter 13 Petition on October 17, 2008.

       2.    The debtors' Chapter 13 Plan was confirmed on January 15, 2009. The Plan called for 60 monthly payments of $1,980.00.

       3.    The Chapter 13 Trustee has filed a Motion to dismiss due to a default under the Chapter 13 Plan. That motion, originally returnable on May 21, 2009, is being adjourned to July 9, 2009.

       4.    The debtor Sandy Seligman desires to convert her case to Chapter 7; her husband Steven Seligman is not prepared to convert his case at this time. In order for Sandy Seligman to convert her case now, the joint case would first have to be severed; the trustee's Motion to Dismiss would then proceed only against Steven Seligman.

       5.    Some Courts being presented with this request for relief have authorized it. See In re: Shjeflo, 383 B.R. 192 (Bkrtcy Okla. 2008), citing 11 U.S.C. 105, and 11 U.S.C. 302(b), the latter section provides: "after the commencement of a joint case, the Court shall determine the extent, if any, to which the debtors' estates shall be consolidated". Also see

In re: Krick, 373 BR 593 (Bkrtcy N.D. Ind. 2007), and In re: Nelson, 308 BR 343 (Bkrtcy Wisc. 2004).

      6.    Deconsolidation of the debtors' estate would not work a hardship upon either debtor, or any party in interest.

      7.    A proposed Order is annexed hereto.

WHEREFORE, applicant respectfully requests an Order granting the relief sought in the annexed Notice of Motion, and such other and further relief as the Court deems just and proper.

Dated:    Carle Place, New York
            June 18, 2009

JEFF MORGENSTERN, PLLC
Attorney for Debtors
One Old Country Road, Suite 320
Carle Place, New York 11514
(516) 739-5908

_____
JEFF MORGENSTERN (JM-4163)

Seligman,S&S\Application - 5-20-09

Hearing Date: July 14, 2009
at 9:30 a.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
In re:                                          Chapter 13

    STEVEN SELIGMAN                      Case No.: 08-75786-ast
    and SANDY SELIGMAN,
                                                <u>ORDER SEVERING CASE</u>
               Debtors.
---------------------------------X

      The debtors having filed a Motion to Sever the above-captioned case so as to allow Sandy Seligman to convert her case to Chapter 7, and the Motion having been heard before the Court on July 14, 2009, and there being no opposition thereto, and sufficient cause appearing therefrom, it is

      ORDERED that the debtors Motion is granted, and it is

      ORDERED that the above-captioned case is hereby severed, and it is

      ORDERED that upon entry of this Order that the Clerk of the Court shall create a new case for Sandy Seligman, and assign said case a new case number, and it is

      ORDERED that the date of the Order of relief in the severed case for Sandy Seligman shall be October 17, 2008 (the date of the order for relief in the original joint case), and it is

      ORDERED that upon Sandy Seligman filing a Consent to Conversion and paying the appropriate filing fee, the severed case shall be designated as a Chapter 7 case.

Dated:   Central Islip, New York
         July _____, 2009

                                                                    _____
                                                                    Bankruptcy Judge

Seligman,S&S\OrderSeveringCase - 5-20-09

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
In re:                                                      **AFFIDAVIT OF**
                                                            **SERVICE BY MAIL**
STEVEN SELIGMAN
and SANDY SELIGMAN,                                         Chapter 13

                    Debtors.                                Index No.: 08-75786-ast
----------------------------------X

    LYNDA CASH, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Malverne, New York.

    On June 19, 2009, I served a true copy of the annexed NOTICE OF MOTION in the above-mentioned proceeding, by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

TO:    MARIANNE DEROSA                U. S. TRUSTEE
          Chapter 13 Trustee                560 Federal Plaza
          100 Jericho Quadrangle          Central Islip, NY 11722
          Jericho, NY 11753

          CHASE BANK USA, N.A.          AMERICAN EXPRESS
          c/o Creditors Bankruptcy Service      CENTURION BANK
          P. O. Box 740933                  c/o Becket and Lee LLP
          Dallas, TX 75374-09033          P. O. Box 3001
                                            Malvern, PA 19355-0701

          BMW                                  CAPITAL ONE BANK (USA), N
          c/o Vital Recovery Services, Inc.     P. O. Box 70884
          P. O. Box 923747                  Charolette, NC 28272-0884
          Norcross, GA 30010-3747

          Countrywide Home Loans         DELL FINANCIAL SERVICES, LLC
          c/o Frankel, Lambert, Weiss et al    c/o Resurgent Capital Services
          20 West Main Street              P. O. Box 10390
          Bay Shore, NY 11706-8304        Greenville, SC 29603-0309

          DELL PREFERRED ACCOUNT       DEPARTMENT STORES
          Payment Processing Center           NATIONAL BANK/MACY*S
          P. O. Box 6403                      TSYS Dept. Management, Inc.
          Carol Stream, IL 60197-6403       P. O. Box 137
                                            Columbus, GA 31902-0137

DISCOVER
P. O. Box 15251
Wilmington, DE  19886-5251

FDS BANK/MACY*S
TSYS Debt Management, Inc.
P. O. Box 137
Columbus, GA  31902-0137

FORD MOTOR CREDIT
Focus Receivables Management LLC
P. O. Box 725069
Atlanta, GA  31139-2069

OHS RN & AUDIOLOGY
   SERVICES, PLLC
c/o Cuthbert Road Management, LLC
P. O. Box 1353
Voorhees, NJ  08043

KOHL'S PAYMENT CENTER
P. O. Box 2983
Milwaukee, WI  53201-2983

eCAST SETTLEMENT CORPORATION
   ASSIGNEE OF CAPITAL ONE BANK
P. O. Box 35480
Newark, NJ  07193-5480

FIRST USA
c/o Academy Collection Service, Inc.
   P. O. Box 21089    15851310
Philadelphia, PA  19114-0589

GE MONEY BANK
P. O. Box 960061
Orlando, FL  32896-0061

M & T BANK
c/o Schiller & Knapp
Suite 310
950 New Loudon Road
Latham, NY  12110

WASHINGTON MUTUAL
Line Of Credit Payments
P. O. Box 6868
Lake Worth, FL  33466-6868

*Lynda Cash* (signature)
Lynda Cash

Sworn to before me this
19th day of June 2009.

_____
Notary Public

JEFF MORGENSTERN
Notary Public, State of New York
No. 4832709
Qualified in Nassau County
Term Expires May 31, 2011

Seligman,S&S\AOS-NoticeOfMo - 6-18-09

Case No.:   08-75786 - Chapter 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

    STEVEN SELIGMAN
    and SANDY SELIGMAN,

            Debtors.

## NOTICE OF MOTION

**JEFF MORGENSTERN, PLLC**
**Attorney for Debtors**
**ONE OLD COUNTRY ROAD, SUITE 320**
**CARLE PLACE, NEW YORK 11514**
**(516) 739-5908 - Phone**
**(516) 719-7280 - Fax**

    The undersigned attorney, admitted to practice in the Courts of New York State, certifies, that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated:   June 18, 2009                        Signature   /s/ Jeff Morgenstern

                                                                             Signer's Name :  JEFF MORGENSTERN

Service of the within                            is hereby admitted.
Dated:                                           Attorneys for

PLEASE TAKE NOTICE

NOTICE OF ENTRY
[ ]   that the within is a true copy of an                        entered in the office of the clerk of the
      within named Court on              , 2009.

NOTICE OF SETTLEMENT
[ ]   that an Order of which the within is a true copy will be presented for settlement to the

      on           , 2009 at

Dated:                                                         **JEFF MORGENSTERN, PLLC**
                                                                            **Attorney for Debtors**
                                                                            One Old Country Road, Suite 320
                                                                             Carle Place, New York 11514
                                                                             (516) 739-5908 - Phone
                                                                             (516) 719-7280 - Fax