UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
In re:                                              Chapter 13

    STEVEN SELIGMAN                          Case No.:  08-75786-ast
    and SANDY SELIGMAN,

                    Debtors.
----------------------------------X

## ORDER SEVERING CASE

    The Debtors having filed a Motion to Sever the above-captioned case so as to allow Sandy Seligman to convert her case to Chapter 7, and the Motion having been heard before the Court on July 14, 2009, and there being no opposition thereto, and the Court having issued a Memorandum Opinion on August 28, 2009, it is

    ORDERED, that the Debtors' Motion is granted; and it is further

    ORDERED, that the above-captioned case is hereby severed; and it is further

    ORDERED, that upon entry of this Order and upon Sandy Seligman paying the $274 filing fee for a new case, the Clerk of the Court shall open a new Chapter 13 case for Sandy Seligman and assign said case a new case number; and it is further

    ORDERED, that the date of the Order of relief in the severed case for Sandy Seligman shall be October 17, 2008 (the date of the order for relief in the original joint case); and it is further

ORDERED, that upon Sandy Seligman filing a Consent to Conversion and paying the $25 conversion fee, the severed case shall be converted to a Chapter 7 case.



Dated: September 3, 2009
Central Islip, New York

Alan S. Trust
United States Bankruptcy Judge